**DENY; and Opinion Filed July 10, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00850-CV**

**IN RE HEATHER DEANNA, Relator**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-51083-07**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Lewis

Relator contends the trial judge erred in denying a motion to transfer venue to Harris County. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus and motion for emergency stay.

/David Lewis/
DAVID LEWIS
JUSTICE

130850F.P05